IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr14-SPM/AK

KASEY EZAVOUS ROSS,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration of Defendant's motion and the representation by the United States Probation Office that they can craft a suitable pre-sentence release program, Defendant's unopposed Motion to Continue Sentencing (doc. 140) is *granted*.  The sentencing hearing is reset for 1:30 p.m. on **Monday, July 6, 2009**, at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this twenty-third day of April, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge