IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.

KASEY EZAVOUS ROSS            /

CASE NO. 1:08-cr-14-SPM/AK

ORDER

THIS CAUSE comes before the Court on the Defendant's Motion for Leave to File a Post-Hearing Memorandum (doc. 217) and Addendum thereto (doc. 219), to which the Government objects. Upon consideration, it is hereby ORDERED AND ADJUDGED that the Motions are denied.

DONE AND ORDERED this eleventh day of January, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge